884

extent of denying the motion to strike out the second defense, and as so modified affirmed, with twenty dollars costs and disbursements to the defendant-respondent against the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SANDERS WERTHEIM, Appellant, v. LEHIGH VALLEY COAL COMPANY, Defendant, Impleaded with LEHIGH VALLEY COAL SALES CORPORATION and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

C. I. T. CORPORATION, Respondent, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Defendant, Appellant, and FEDERAL RESERVE BANK OF NEW YORK and FIRST NATIONAL BANK, ROOSEVELT, NEW YORK, Impleaded Defendants, Appellants.— Judgment unanimously affirmed, with costs to the respondent against the defendant Central Hanover Bank and Trust Company, and with costs to the Central Hanover Bank and Trust Company against the defendants Federal Reserve Bank of New York and First National Bank, Roosevelt, New York. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the City of New York, Relative to Acquiring Title to Certain Real Property Located on the Southwest Corner of 6th Avenue and West 46th Street, in the Borough of Manhattan, City of New York, for Route 101, Section 10, Required for Rapid Transit Purposes. JOSEPH N. EARLY and Others, Appellants; BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Respondent.— Orders affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse and dismiss the petition.

LEO C. LEONE, Appellant, v. HERBERT A. KNOX, Respondent.— Judgment unanimously affirmed, with costs, on the ground that the evidence warranted the finding that the contract was rescinded at the plaintiff's request. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of HARRY LIBERMAN for a Review of the Actions of HERMAN N. LIBERMAN and ETTA L. BAUM, as Trustees, etc., of ISAAC LIBERMAN, Deceased, in Refusing to Pay Any Part of the Corpus of Trusts Established under the Aforesaid Will for the Maintenance and Comfort of Harry Liberman and in Refusing Consent and Approval of Harry Liberman's Marriage to Margaret Jones Liberman, etc. HARRY LIBERMAN, Petitioner, Respondent, Appellant; HERMAN N. LIBERMAN and ETTA L. BAUM, Individually, and as Trustees under the Last Will and Testament of ISAAC LIBERMAN, Deceased, and Others, Respondents, Appellants.— Decree, so far as appealed from, and orders unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

TURNER CONSTRUCTION COMPANY, Respondent, v. MARCUS CONTRACTING COMPANY, INC., Appellant, and HARRY N. FRENCH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ADOLF W. GROH, a Creditor of WILLIAM BAUMGARTEN & Co., INC., for Himself and on Behalf of All Other Creditors Similarly Situated, Appellant, v. CENTRAL